453 A.2d 335

COMMONWEALTH of Pennsylvania

v.

Karen Ann FENNELL, a/k/a Ann Fennell, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1982.

Decided Dec. 29, 1982.

Reargument Denied May 18, 1983.

Charles J. Weiss, Ambler (court-appointed), for appellant.

Ronald T. Williamson, Chief, Appeals Div., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.